UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MILER ANN HENRY,<br><br>      Plaintiff,<br><br>v.<br><br>LEE DUDEK,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | No.: 1:24-CV-59-TAV-CRW |

## ORDER

This civil matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Cynthia R. Wyrick on February 3, 2025 [Doc. 16]. In the R&R, Judge Wyrick recommends that the final decision of the Commissioner of Social Security ("Commissioner") be affirmed [*Id.*]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court agrees with Judge Wyrick's recommendations. Accordingly, the Court **ACCEPTS** and **ADOPTS** the R&R in whole [Doc. 16]. The decision of the Commissioner is **AFFIRMED**, and this civil action is **DISMISSED**. The Clerk is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

                                          s/ Thomas A. Varlan
                                          UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    LeAnna R. Wilson
    CLERK OF COURT